Case 2:10-cv-05009-FSH-PS Document 29 Filed 03/22/11 Page 1 of 3 PageID: 156
Case 2:10-cv-05009-FSH-PS Document 28-1 Filed 03/17/11 Page 1 of 3 PageID: 153
Case 2:10-cv-05009-FSH-PS Document 13-1 Filed 02/07/11 Page 1 of 3 PageID: 86

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

VICTAULIC COMPANY,

*Plaintiff,*

-v-

YONG WON E.N.C., LTD., YONG WON USA, INC., SPRINKFLEX, LLC, FLEXHEAD INDUSTRIES, INC., THE RELIABLE AUTOMATIC SPRINKLER CO., INC., and HD SUPPLY, INC.

Civil Action No. 10-05009 (FSH) (PS)

## CONSENT JUDGMENT AGAINST DEFENDANTS YONG WON E.N.C., LTD. AND YONG WON USA, INC.

Upon consent of the plaintiff, Victaulic Company ("Victaulic"), and defendants Yong Won E.N.C., Ltd. and Yong Won USA, Inc. (Yong Won E.N.C., Ltd. and Yong Won USA, Inc. may be collectively referred to hereinafter as "Yong Won"), and without a trial on the merits, it is hereby ORDERED and ADJUDGED that:

1. This Court has jurisdiction over the subject matter of this action.

2. ~~This Court has, and shall retain jurisdiction over the parties hereto, and all those bound hereunder, for purposes of the enforcement of this Consent Judgment.~~

3. The plaintiff, Victaulic, is and was at all relevant times a corporation organized and existing under the laws of the State of New Jersey, with offices at 4901 Kesslersville Road, Easton, PA 18040-6714.

4. Victaulic is recognized by the United States Patent and Trademark Office as the owner of all right, title and interest to United States Patent 7,735,787 (the "'787 Patent").

5. The defendant, Yong Won E.N.C., Ltd., is a corporation organized and existing under the laws of the Republic of Korea, with a business address at Jeil Building Room 505, 44-35 Yoido-Dong, Youngdeungpo-Ku, Seoul, South Korea.

※ 2. This Court has, and shall retain, for a period of 60 days, jurisdiction over the parties hereto, and all those bound hereunder, for purposes of the enforcement of this Consent Judgment.

2222294.1

Case 2:10-cv-05009-FSH -PS   Document 29   Filed 03/22/11   Page 2 of 3 PageID: 157
Case 2:10-cv-05009-FSH-PS   Document 28-1   Filed 03/17/11   Page 2 of 3 PageID: 154
Case 2:10-cv-05009-FSH-PS   Document 13-1   Filed 02/07/11   Page 2 of 3 PageID: 87

6. The defendant, Yong Won USA, Inc., is a corporation organized and existing under the laws of the State of New Jersey, with a business address at 95 Cedar Lane, Englewood, NJ 07631.

7. Yong Won E.N.C., Ltd. and Yong Won USA, Inc., acknowledge that Victaulic is the owner of all right, title and interest in the '787 Patent and agree that they will not challenge the validity of the '787 Patent through any means, including, but not limited to legal, quasi-legal, administrative, or governmental proceedings, nor assist any third party in challenging the validity of the '787 Patent.

8. Through and until the expiration of the '787 patent, Yong Won E.N.C., Ltd. and Yong Won USA, Inc., its owners, shareholders, principals, partners, officers, directors, employees, subsidiaries, licensors, agents, executors, administrators, successors, heirs, servants and assigns, are permanently enjoined and restrained from the following:

    (a) manufacturing and/or distributing in the United States stainless steel sprinkler brackets which accept the reducer or sprinkler head from the side via a gate arrangement that is the same as, or not colorably different from, the "Open Hub Design" and any other gated brackets sold by Sprinkflex, LLC and Flexhead Industries, Inc. which have been accused of infringement in this lawsuit.

9. This Order shall not bar Yong Won E.N.C. Ltd. or Yong Won USA, Inc. from making, using, selling, offering to sell, importing, distributing, or otherwise commercializing in the United States or elsewhere: i) flexible hose for use in a sprinkler system, or ii) components of a flexible hose sprinkler system other than a gated bracket that is the same as, or not colorably different from, the "Open Hub Design", and any other gated brackets sold by Sprinkflex, LLC and Flexhead Industries, Inc. and which have been accused of infringement in this lawsuit. Except as expressly provided for herein, no license or other right is provided by Victaulic to Yong Won hereunder.

10. All claims against the defendants, Yong Won E.N.C., Ltd. and Yong Won USA, Inc., are dismissed with prejudice.

11. The parties hereto shall each bear their own costs and attorneys' fees.

Case 2:10-cv-05009-FSH -PS   Document 29   Filed 03/22/11   Page 3 of 3 PageID: 158
Case 2:10-cv-05009-FSH -PS   Document 28-1   Filed 03/17/11   Page 3 of 3 PageID: 155
Case 2:10-cv-05009-FSH -PS   Document 13-1   Filed 02/07/11   Page 3 of 3 PageID: 88

Dated: February 4, 2011

SHAPIRO, CROLAND, REISER, APFEL & DiIORIO, LLP

Robert Shapiro (RPS-1613)
David O. Marcus (DOM-3405)
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-3900
*rshapiro@shapiro-croland.com*

ABELMAN, FRAYNE & SCHWAB
Jeffrey A. Schwab
Richard L. Crisona
Michael Aschen
666 Third Avenue
New York, New York 10017
(212) 949-9022
*jaschwab@lawabel.com*

Attorneys for Plaintiff Victaulic Company

Dated: February 3, 2011

PAK & WHANG LLC

Byongchae Pak (BP-2387)
2011 LeMoine Avenue Suite 205
Fort Lee, New Jersey 07024
bcpak1@yahoo.com

WOLF, GREENFIELD & SACKS, P.C.
Jason M. Honeyman
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
*jhoneyman@wolfgreenfield.com*
Attorneys for Defendants
Yong Won E.N.C., Ltd. and Yong Won USA, Inc.

SO ORDERED this 22nd day of March 2011:

_____
United States District Judge
Hon. Faith S. Hochberg

2222294.1